KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 608-7995
Facsimile:  (916) 984-5775

Attorneys for Plaintiff
EDWARD KEMPER

DAVID G. FREEDMAN (SBN 81989)
LAW OFFICE OF DAVID G. FREEDMAN
1620 26th Street, Suite 6000 North
Santa Monica, California 90404
Telephone:  (310) 264-0300
Facsimile:  (310) 264-0331

Attorneys for Defendant
HYATT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HYATT CORPORATION and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. CIV.S-05-1513 GEB DAD<br><br>**STIPULATED MOTION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Judge:　　Hon. Garland E. Burrell, Jr.<br><br>Complaint Filed:　　June 29, 2005<br>Trial Date:　　　　　None |

The parties to the above-captioned matter, by and through their undersigned counsel, hereby stipulate to continuing the Status (Pretrial Scheduling) Conference, presently set for November 14, 2005 at 9:00 a.m. before Judge Burrell, and as grounds therefore would state:

1.　　Plaintiff's counsel Keith D. Cable is leaving for Asia on November 13, 2005 and will be out of the country through November 22, 2005.  A Notice of Non-Availability in this regard was e-filed with the Court on October 11, 2005.

2. In light of the above, the parties hereby stipulate and request that the Status (Pretrial Scheduling) Conference be continued to a date in mid-January 2006.

IT IS SO STIPULATED.

Dated: October 20, 2005              LAW OFFICE OF DAVID G. FREEDMAN

                                     By: /s/   David G. Freedman
                                     DAVID G. FREEDMAN
                                     Attorneys for Defendant


Dated: October 20, 2005              CABLE LAW OFFICES

                                     By: /s/   Keith D. Cable
                                     KEITH D. CABLE
                                     Attorneys for Plaintiff

**ORDER**

Having read the foregoing Stipulation, and good cause appearing therefore,

IT IS ORDERED THAT the Status (Pretrial Scheduling) Conference be continued to January 23, 2006, at 9:00 a.m.

DATED: October 21, 2005              /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge