IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
EDWARD KEMPER,                      )
                                    )    2:05-cv-01513-GEB-DAD
              Plaintiff,            )
                                    )
       v.                           )    ORDER*
                                    )
HYATT CORPORATION; and              )
DOES 1-10, inclusive,               )
                                    )
              Defendants.           )
_____)
```

On November 1, 2005, Plaintiff filed a motion to amend his Complaint to join Capital Regency LLC, a non-diverse party, and to remand this action to state court. On November 29, 2005, Defendant filed a Statement of Non-Opposition to the motion. Therefore, Plaintiff's motion is granted. Plaintiff has ten (10) days from the date this Order is filed to file the amended complaint in which Plaintiff joins Capital Regency LLC as a party.

IT IS SO ORDERED.

DATED: December 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

\* This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).