IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
EDWARD KEMPER,                     )
                                   )    2:05-cv-1513-GEB-DAD
              Plaintiff,           )
                                   )
         v.                        )    ORDER
                                   )
HYATT CORPORATION;                 )
CAPITAL REGENCY LLC; and           )
DOES 1-10, inclusive,              )
                                   )
              Defendants.          )
                                   )
```

On July 28, 2005, Defendant Hyatt Corporation removed this action from the Superior Court of California, County of Sacramento, based solely on diversity of citizenship jurisdiction. On November 1, 2005, Plaintiff filed a motion to amend his Complaint to join Capital Regency LLC, a non-diverse party, and to remand this action to state court. Defendant filed a Statement of Non-Opposition to Plaintiff's motion. An Order filed December 6, 2005, granted Plaintiff ten days to file an amended complaint, after which Plaintiff timely filed an Amended Complaint joining Capital Regency LLC as a non-diverse party. Therefore, since diversity of citizenship jurisdiction no longer

1

1  exists, this action is remanded to the Superior Court of California,
2  County of Sacramento.
3           IT IS SO ORDERED.
4
5  Dated:  January 20, 2006
6
7
8                                    /s/ Garland E. Burrell, Jr.
9                                    GARLAND E. BURRELL, JR.
10                                   United States District Judge

2